ADRIAN M. POTTER, Appellant, *v.* MORRIS DIAMOND et al., Respondents. (Actions 1 and 2.)

(Submitted March 4, 1935; decided March 12, 1935.)

*Adrian M. Potter*, in person, for motion.

*Ulysses S. Adler* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the orders are not final.